UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED
SEP 13 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 06-40070 |
| Plaintiff, | \* | |
| -vs- | \* | ORDER |
| GERALD GARMAIN RANDLE, | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Defendant has requested an amendment to his Judgment which would allow him to be employed during his custody at the Glory House in Sioux Falls, South Dakota. (Doc. 41.) After the Bureau of Prisons ("BOP") refused to authorize employment, Defendant's lawyer contacted the BOP and was informed that Defendant would be allowed to work if the Judgment included language granting work release. Accordingly, pursuant to Rule 36 of the Federal Rules of Criminal Procedure,

IT IS ORDERED that the Imprisonment section on page 2 of the Judgment shall be amended to read as follows:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: six (6) months at the Glory House with work release authorized.

Dated this 12th day of September, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: *Shelly Margulies*
    (SEAL)    DEPUTY